

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Janesha Dotson and All Others, Appellants

No. 06-24-00028-CV      v.

NXRTBH Vanderbilt, LLC, Appellee

Appeal from the County Court at Law No. 1 of Tarrant County, Texas (Tr. Ct. No. 2024-000762-1). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Janesha Dotson, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk